# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
http://mottandgendronlaw.wix.com/mottandgendronlaw
Email: info.mottandgendronlaw@gmail.com

Dorothy L. Mott, Esquire                                    Telephone: (717) 232-6650
Kara K. Gendron, Esquire                                    Fax: (717) 232-0477

August 29, 2016

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
PO BOX 908
HARRISBURG, PA 17108-0908

Re:   Harry Daniel Laughman & Teresa Elaine Laughman
      BANKRUPTCY CASE NO:1:14-bk-02588

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtors to:

12 Oak Ridge Road
Carlisle, PA 17015



Please remove old address from the mailing matrix.


Thank you for your attention to this matter.


Sincerely,

/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal