## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Harry Daniel Laughman and Teresa Elaine Laughman | BKY. NO. 14-02588 RNO |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PennyMac Holdings, LLC, f/k/a PennyMac Investment Trust Holdings I, LLC, by PennyMac Loan Services, LLC, its servicing agent, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1268

Respectfully submitted,


**/s/ Thomas Puleo**
Thomas Puleo, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406
Attorney for Movant/Applicant