UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HARRY DANIEL LAUGHMAN
TERESA ELAINE LAUGHMAN
AKA: FKA TERESA ELAINE BLOSSER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-14-02588-RNO

HARRY DANIEL LAUGHMAN
TERESA ELAINE LAUGHMAN
AKA: FKA TERESA ELAINE BLOSSER

Respondent(s)

# CERTIFICATION OF DEFAULT

AND NOW on January 23, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 23, 2017, the Debtor(s) is/are $1050.00 in arrears with a plan payment having last been made on Dec 06, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 23, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HARRY DANIEL LAUGHMAN
TERESA ELAINE LAUGHMAN
AKA: FKA TERESA ELAINE BLOSSER

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-14-02588-RNO

HARRY DANIEL LAUGHMAN
TERESA ELAINE LAUGHMAN
AKA: FKA TERESA ELAINE BLOSSER

    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on January 23, 2017.

DOROTHY L MOTT LAW OFFICE, LLC
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-

HARRY DANIEL LAUGHMAN
TERESA ELAINE LAUGHMAN
12 OAK RIDGE ROAD
CARLISLE, PA 17015-

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 23, 2017