```
                                   United States Bankruptcy Court
                                   Middle District of Pennsylvania
In re:                                                                       Case No. 14-02588-RNO
Harry Daniel Laughman                                                        Chapter 13
Teresa Elaine Laughman
      Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini                Page 1 of 4                  Date Rcvd: Jan 24, 2017
                               Form ID: pdf010               Total Noticed: 109


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db/jdb        +Harry Daniel Laughman,    Teresa Elaine Laughman,    12 Oak Ridge Road,    Carlisle, PA 17015-9710
cr            +Cumberland County Tax Claim Bureau,    One Courthouse Square,    Rm 106,
                Carlisle, PA 17013-3339
cr            +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
                Harrisburg, PA 17120-0001
4500658       +AARGON AGENCY,   8668 SPRING MOUNTAIN RD,    LAS VEGAS, NV 89117-4132
4500659       +ACCI,   10101 S FONDREN ROAD,    HOUSTON, TX 77096-5139
4500660       +ACS SYSTEMS,    9800 CENTRE PKWY, STE 1100,    HOUSTON, TX 77036-8263
4500661       +ALLIED INTERSTATE,    HEALTHCARE DIVISION,    PO BOX 361533,    COLUMBUS, OH 43236-1533
4515649       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
4500663        APEX ASSET MANAGEMENT,    2501 OREGON PIKE, STE 102,    LANCASTER, PA 17601-4890
4500664       +AUCTION INSURANCE AGENCY,    2200 WOODCREST PLACE, STE 100,    PO BOX 530250,
                BIRMINGHAM, AL 35253-0250
4500665       +AUTOZONE,    26000 CANNON ROAD,    CLEVELAND, OH 44146-1807
4500666      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: BANK OF AMERICA,     BANKRUPTCY DEPARTMENT,    4161 PIEDMONT PARKWAY,
                GREENSBORO, NC 27410)
4500668        BENJAMIN & MACKENZIE KECK,     2 TODD DRIVE,   CARLISLE, PA 17013
4500670       +BROADCAST BILLING SERVICE,    PO BOX 236,    NORTHBROOK, IL 60065-0236
4500671        BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
4500673        CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p),    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4500674       +CARLISLE HMA PHYSICIAN MGMT,    PO BOX 506,   EAST PETERSBURG, PA 17520-0506
4500676       +CARLISLE REGIONAL MED CTR,    366 ALEXANDER SPRING ROAD,    CARLISLE, PA 17015-9167
4500677       +CARLISLE SURGICAL INSTITUTE,    19 SPRINT DR #3,    CARLISLE, PA 17015-7002
4500678       +CENTRAL PENN MGMT GP,    1600 CLOISTER DRIVE,    LANCASTER, PA 17601-2390
4500682       +CHARLES RECTOR, ESQUIRE,    1104 FERNWOOD AVE STE 203,    CAMP HILL, PA 17011-6902
4500683       +CHASE,   800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
4500684       +CINTAS,    PO BOX 630803,   CINCINNATI, OH 45263-0803
4500686        COMMONWEALTH FINANCIAL SYSTEMS INC,    245 MAIN STREET,    DICKSON CITY, PA 18519-1641
4500687        COMMONWEALTH OF PA,    DEPT OF REV, BUREAU OF COMPLIANCE,    PO BOX 280947,
                HARRISBURG, PA 17128-0947
4500688       +CONRAD ASKINS,    PO BOX 1232,    710 RIGBY AVE,   CAMBRIDGE, MD 21613-2130
4500689        CUMBERLAND COUNTY TAX BUREAU,    21 WATERFORD DRIVE, STE 201,    MECHANICSBURG, PA 17050-8268
4500690       +CUMBERLAND CTY TAX CLAIM BUREAU,    ONE COURTHOUSE SQUARE,    ROOM 106,    CARLISLE, PA 17013-3339
4500691       +DEALER SERVICE CORP,    1320 CITY CENTER DR, STE 150,    CARMEL, IN 46032-3104
4500692       +DEBORAH FEDORSHAK,    23 WINEBERRY DRIVE,    MECHANICSBURG, PA 17055-5671
4500693       +DELAWARE EZPASS VIOLATIONS CENTER,    22 W LOOCKERMAN ST #24,    DOVER, DE 19904-7324
4500694        DIRECTV CUSTOMER SERVICE (p),    BANKRUPTCY CLAIMS,    PO BOX 6550,
                GREENWOOD VILLAGE CO  80155-6550
4500697       +ERIN WHITCOMB,    23 WINEBERRY DRIVE,    MECHANICSBURG, PA 17055-5671
4500698       +EZ PASS,   PO BOX 90128,    HARRISBURG, PA 17109-0128
4500699       +FRANK ROBERTO, TAX COLLECTOR,    270 N OLD STONEHOUSE ROAD,    CARLISLE, PA 17015-8513
4500700       +FRANKLIN COUNTY TREASURER,    FRANKLIN CTY COURTHOUSE,    2 NORTH MAIN STREET,
                CHAMBERSBURG, PA 17201-1811
4500701        FRANKLIN SECURITY PREMIUM FINANCE,    667 NORTH RIVER STREET,    PLAINS, PA 18705-1089
4500703       +GC SERVICES,    6330 GULFTON,   HOUSTON, TX 77081-1198
4500706       +HEARTLAND HOME HEALTH AND HOSPICE,    DEPT L 1801,    COLUMBUS, OH 43260-0001
4500707       +HELLER'S GAS,    1560 HOLLY PIKE,    CARLISLE, PA 17015-9103
4500708       +HOLY SPIRIT HOSPITAL,    503 N 21ST STREET,    CAMP HILL, PA 17011-2288
4500709       +HONORABLE LESLIE DUTCHCOT,    1524 WEST COLLEGE AVENUE,    STATE COLLEGE, PA 16801-2785
4520712       +Hibu Inc. f/k/a Yellowbook Inc. f/k/a,    Yellow Book Sales and Distribution Compa,
                c/o Amato Keating and Lessa, P.C.,    107 NOrth Commerce Way,    Bethlehem PA 18017-8913
4500717       +IESI PA CORPORATION,    3747 WHITE CHURCH ROAD,    CHAMBERSBURG, PA 17202-9758
4500712       #JAMES SHANK,    53 N 72ND STREET,    HARRISBURG, PA 17111-5210
4500713       +JESSICA BREBAKER,    18 N HANOVER ST, STE 106,    CARLISLE, PA 17013-3079
4500714       +JOYCE E & KEN L HOLZWORTH,    143 E MAIN STREET,    MECHANICSBURG, PA 17055-3854
4500715       +KENNETH LENKER,    102 AGNES STREET,    HARRISBURG, PA 17104-3135
4500716       +LADCO LEASING,    7300 CHAPMAN HWY,    KNOXVILLE, TN 37920-6612
4500718       +LKQ TRIPLE NICKLE,    2956 LINCOLN WAY WEST,    CHAMBERSBURG, PA 17202-8694
4500719       +MARINER FINANCE,    3872 UNION DEPOSIT ROAD,    HARRISBURG, PA 17109-5919
4500720        MARLIN LEASING,    PO BOX 13604,    PHILADELPHIA, PA 19101-3604
4500721       +MARYLAND TRANSPORTATION AUTHORITY,    PO BOX 17600,    BALTIMORE, MD 21297-1600
4532457       +MASON-DIXON AUTO AUCTION,    ATTN WAYNE A SINGHAS,    12876 MOLLY PITCHER HIGHWAY,
                GREENCASTLE, PA 17225-8420
4500722       +MDJ JOSEPH S LINDSEY,    5201 JONESTOWN ROAD,    HARRISBURG, PA 17112-5003
4500724       +MDJ LESLIE DUTCHCOT,    1524 W COLLEGE AVE,    STATE COLLEGE, PA 16801-2785
4500725       +MELINDA J & MIGUEL A RODRIGUEZ,    24 N ENOLA DRIVE,    ENOLA, PA 17025-2515
4500726        MOUNT ROCK INPATIENT SERVICE,    361 Alexander Spring Road,    Carlisle PA 17015-6940
4500727       +MS HERSHEY MEDICAL CENTER,    PATIENT FINANCIAL SERVICES,    PO BOX 853 MC-A410,
                HERSHEY, PA 17033-0853
4508676        MSHMC PHYSICIANS GROUP,    PO BOX 854,    HERSHEY, PA 17033-0854
```

```
4541536        +Marlin Leasing Corporation,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727,
                 Attn:  Bankruptcy Dept
4500728         NATIONAL RECOVERY AGENCY,    PO BOX 67015,    HARRISBURG PA 17106-7015
4500729        +NCC,    245 MAIN STREET,    DICKSON CITY, PA 18519-1641
4500730        +NCC BUSINESS SERVICES INC,    9428 BAYMEADOW RD, STE 200,    JACKSONVILLE, FL 32256-7912
4500732        +NYC FINANCE,    PO BOX 3600,    NEW YORK, NY 10008-3600
4500733        +NYC FINANCE,    PO BOX 2023,    NEW YORK, NY 10272-2023
4500734        +PADGETT BUSINESS SERVICES,    900 MARKET STREET,    LEMOYNE, PA 17043-1410
4530413        +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE,    SUITE #310,    MOORPARK, CA 93021-2602
4500736         PENNYMAC MORTGAGE CO, LLC,    PO BOX 514387,    LOS ANGELES, CA 90051-4387
4500737        +PEP BOYS,    311 W ALLEGHENY AVE,    PHILADELPHIA, PA 19133
4500739        +PHILADELPHIA TRAFFIC COURT,    800 SPRING GARDEN STREET,    PHILADELPHIA, PA 19123-2690
4500741         PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4506545        +PennyMac Loan Services, LLC,    C/O Aldridge Connors, LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
4500742         QUALIA COLLECTION SERVICES,    PO BOX 5069,    PETALUMA, CA 94955-5069
4500743        +RANDY & CHERYL NEIDIG,    49 W MAIN STREET,    PO BOX 612,    NEW KINGSTOWN, PA 17072-0612
4500745         RAWLINGS COMPANY,    PO BOX 2000,    LA GRANGE, KY 40031-2000
4500746        +SARA RUDY,    7 W MAIN STREET,    PO BOX 10,    NEW KINGSTOWN, PA 17072-0010
4500747        +STONE RIVER PHARMACY SOLUTIONS,    PO BOX 504591,    SAINT LOUIS, MO 63150-4591
4516959        +Steven J. Schiffman, Esquire,    Serratelli Schiffman & Brown PC,    Suie 201,
                 2080 Linglestown Rd,    Harrisburg, PA 17110-9693
4500748         THD/CBNA/BANKRUPTCY,    C/O THD,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4508677        +TMSHMC HOSPITAL,    PO BOX 853,    HERSHEY, PA 17033-0853
4500749        +TRINITY SECURITY SYSTEMS, LTD,    1640 R SOUTH MARKET STREET,    ELIZABETHTOWN, PA 17022-2851
4500750        +UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4500751        +UNEMPLOYMENT COMP TAX MATTERS,    HARRISBURG CASES - OFF OF CHIEF COUNSEL,
                 DEPT OF LABOR & INDUSTRY,    651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: cio.bncmail@irs.gov Jan 24 2017 18:57:05      Internal Revenue Service,
                 Special Procedures Branch,    P.O. Box 12051, Room 6404,    Philadelphia, PA  19105
4500662        +E-mail/Text: bkrpt@retrievalmasters.com Jan 24 2017 18:57:12      AMCA,
                 4 WESTCHESTER PLAZA, STE 110,    ELMSFORD, NY 10523-1615
4500669         E-mail/Text: banko@berkscredit.com Jan 24 2017 18:57:06      BERKS CREDIT & COLLECTIONS INC,
                 PO BOX 329,    TEMPLE, PA 19560-0329
4500672        +E-mail/Text: bnc-capio@quantum3group.com Jan 24 2017 18:57:11      CAPIO,    2222 TEXOMA PKWY,
                 SHERMAN, TX 75090-2481
4500679        +E-mail/Text: mmoore@centricbank.com Jan 24 2017 18:57:07      CENTRIC BANK,
                 4320 LINGLESTOWN RD,    HARRISBURG, PA 17112-9532
4500680        +E-mail/Text: bklaw2@centurylink.com Jan 24 2017 18:57:13      CENTURY LINK,    PO BOX 1319,
                 CHARLOTTE, NC 28201-1319
4500681        +E-mail/Text: dehartstaff@pamd13trustee.com Jan 24 2017 18:57:17      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4500685         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 18:57:10      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4501593        +E-mail/Text: bankruptcy@cavps.com Jan 24 2017 18:57:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4500695        +E-mail/Text: Bankruptcy.Consumer@dish.com Jan 24 2017 18:57:12      DISH NETWORK,    DEPT 0063,
                 PALATINE, IL 60055-0001
4500696        +E-mail/Text: bankruptcy@erieinsurance.com Jan 24 2017 18:57:22      ERIE INSURANCE,
                 COLLECTION DEPARTMENT,    100 ERIE INSURANCE PLACE,    ERIE, PA 16530-0001
4500702        +E-mail/Text: bankruptcynotification@ftr.com Jan 24 2017 18:57:23      FRONTIER,    19 JOHN STREET,
                 MIDDLETOWN, NY 10940-4956
4500704        +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2017 18:57:42      GECRB/LOW,
                 BANKRUPTCY DEPARTMENT,    PO BOX 103106,    ROSWELL, GA 30076-9106
4500705        +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2017 18:57:49      GECRB/WAL,    PO BOX 103104,
                 ROSWELL, GA 30076-9104
4554710        +E-mail/Text: bankruptcy@discoverdsc.com Jan 24 2017 18:57:03      NextGear Capital, Inc.,
                 c/o Gary M. Hoke,    1320 City Center Dr., Suite 100,    Carmel, IN 46032-3816
4500738        +E-mail/Text: paul.cressman@phelanhallinan.com Jan 24 2017 18:57:17      PHELAN HALLINAN LLP,
                 ONE PENN CTR PLAZA,    1617 JFK BLVD  STE 1400,    PHILADELPHIA PA 19103-1814
4500740        +E-mail/Text: schesek@pinnaclehealth.org Jan 24 2017 18:57:07      PINNACLE HEALTH HOSPITALS,
                 PO BOX 2353,    HARRISBURG, PA 17105-2353
4540140         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 19:03:18
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4515962         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 18:57:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4513877         E-mail/Text: bnc-quantum@quantum3group.com Jan 24 2017 18:57:08
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
4513878         E-mail/Text: bnc-quantum@quantum3group.com Jan 24 2017 18:57:08
                 Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
4515885         E-mail/Text: bnc-quantum@quantum3group.com Jan 24 2017 18:57:08
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4554419         E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2017 18:57:42      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4532583        +E-mail/Text: rmcbknotices@wm.com Jan 24 2017 18:57:18      WASTE MANAGEMENT,
                 2625 W GRANDVIEW RD SUITE 150,    PHOENIX AZ 85023-3109
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4500754         +E-mail/Text: rmcbknotices@wm.com Jan 24 2017 18:57:19     WASTE MANAGEMENT,
                  4300 INDUSTRIAL PARK ROAD,   CAMP HILL, PA 17011-5749
                                                                                            TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4500667          BARBARA WESSELS
4500723          MDJ JOSEPH SOLOMON
4500731          NEW KINGSTON AUTO INC
4500735          PATRICIA A CARTWRIGHT,    NO ADDRESS - MAIL RETURNED
4500753          VELVA HOCKLEY
cr*             +Centric Bank,    4320 Linglestown Road,    Harrisburg, PA 17112-9532
cr*             +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                  3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
4516860*        +Centric Bank,    4320 Linglestown Road,    Harrisburg, PA 17112-9532
4500710*         INTERNAL REVENUE SERVICE - CIO,   PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4500711*         IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4500675         ##+CARLISLE MEDICAL GROUP LLC,    1000 BENT CREEK BLVD,    MECHANICSBURG, PA 17050-1869
4500744         ##+RAQUEL FREEMAN,   1101 N 17TH STREET,    HARRISBURG, PA 17103-1245
4500752         ##+UNIFIRST,   8176 PRESIDENTS DR, STE C,    HUMMELSTOWN, PA 17036-8635
                                                                              TOTALS: 5, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor Harry Daniel Laughman DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Dorothy L Mott    on behalf of Joint Debtor Teresa Elaine Laughman DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Joshua I Goldman    on behalf of Creditor   PennyMac Holdings, LLC, f/k/a PennyMac Investment
           Trust Holdings I, LLC, by PennyMac Loan Services, LLC, its servicing agent
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor Harry Daniel Laughman karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          Kara Katherine Gendron    on behalf of Joint Debtor Teresa Elaine Laughman
           karagendronecf@gmail.com, doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          Steven C Gould    on behalf of Creditor   PA Department of Revenue sgould@attorneygeneral.gov,
           dbiller@attorneygeneral.gov
          Steven J. Schiffman    on behalf of Creditor   Centric Bank sschiffman@ssbc-law.com,
           jmadden@ssbc-law.com,ESmith-Simmons@ssbc-law.com,jspence@ssbc-law.com,tupdike@ssbc-law.com
          Thomas I Puleo    on behalf of Creditor   PennyMac Holdings, LLC, f/k/a PennyMac Investment Trust
           Holdings I, LLC, by PennyMac Loan Services, LLC, its servicing agent tpuleo@goldbecklaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           William Edward Miller    on behalf of Creditor   PENNYMAC HOLDINGS, LLC, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                              TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **HARRY DANIEL LAUGHMAN**<br>**TERESA ELAINE LAUGHMAN**<br>**FKA TERESA ELAINE BLOSSER** | Chapter: 13<br>Case Number: 1:14-bk-02588-RNO |
| Debtor(s) | |
| **CHARLES J. DEHART, III**<br>**(TRUSTEE)** | |
| Movant(s) | |
| vs. | |
| **HARRY DANIEL LAUGHMAN**<br>**TERESA ELAINE LAUGHMAN**<br>**FKA TERESA ELAINE BLOSSER** | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: January 24, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)