UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA
HARRISBURG DIVISION

In re: HARRY DANIEL LAUGHMAN § Case No. 1:14-bk-02588
TERESA ELAINE LAUGHMAN §
§
Debtor(s) §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

CHARLES J. DEHART, III, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 05/31/2014.

2) The plan was confirmed on 05/07/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 11/06/2015, 12/02/2015, 02/17/2016, 02/23/2016.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 08/03/2016.

5) The case was dismissed on 01/24/2017.

6) Number of months from filing or conversion to last payment: 30.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| | | |
|---|---|---|
| Receipts: | | |
| Total paid by or on behalf of the debtor(s) | $ 9,100.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 9,100.00 |

| | | |
|---|---|---|
| Expenses of Administration: | | |
| Attorney's Fees Paid Through the Plan | $ 5,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 452.90 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,952.90 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DOROTHY L MOTT LAW OFFICE, | Lgl | 0.00 | NA | NA | 5,500.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 0.00 | 978.07 | 978.07 | 0.00 | 0.00 |
| CUMBERLAND COUNTY TAX CL. | Sec | 11,742.81 | 7,022.79 | 7,022.79 | 0.00 | 0.00 |
| MILTON S HERSHEY MEDICAL | Uns | 175.00 | 3,313.50 | 3,313.50 | 0.00 | 0.00 |
| MILTON S. HERSHEY MEDICAL | Uns | 0.00 | 9,037.57 | 9,037.57 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 18,876.00 | 33,687.14 | 21,510.99 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Sec | 0.00 | 33,687.14 | 11,859.57 | 1,124.89 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 33,687.14 | 316.58 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 0.00 | 2,971.04 | 2,971.04 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 0.00 | 2,120.29 | 2,120.29 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 0.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| WEINSTEIN & RILEY | Uns | 4,682.00 | 4,567.18 | 4,567.18 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 5,015.00 | 5,015.46 | 5,015.46 | 0.00 | 0.00 |
| COMMONWEALTH OF | Pri | 154,868.00 | 126,017.87 | 80,716.84 | 0.00 | 0.00 |
| COMMONWEALTH OF | Sec | 0.00 | 126,017.87 | 15,885.43 | 1,506.74 | 0.00 |
| COMMONWEALTH OF | Uns | 0.00 | 126,017.87 | 29,415.60 | 0.00 | 0.00 |
| AMATO & LESSA PC | Uns | 0.00 | 3,263.98 | 3,263.98 | 0.00 | 0.00 |
| CENTRIC BANK | Uns | 73,459.00 | 84,612.60 | 84,612.60 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PENNYMAC LOAN SERVICES, LLC | Sec | 0.00 | 233,506.05 | 24,877.69 | 402.67 | 0.00 |
| MASON-DIXON AUTO AUCTION | Uns | 0.00 | 16,555.00 | 8,315.00 | 0.00 | 0.00 |
| WASTE MANAGEMENT | Uns | 0.00 | 311.02 | 311.02 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,124.00 | 2,147.63 | 2,147.63 | 0.00 | 0.00 |
| MARLIN LEASING CORPORATION | Uns | 6,798.44 | 10,367.35 | 10,367.35 | 0.00 | 0.00 |
| PPL ELECTRIC UTILITIES | Uns | 1,092.19 | 1,764.45 | 1,764.45 | 0.00 | 0.00 |
| RECOVERY MANAGEMENT | Uns | 2,154.00 | 1,978.56 | 1,978.56 | 0.00 | 0.00 |
| NEXTGEAR CAPITAL INC | Uns | 350,000.00 | 334,136.69 | 334,136.69 | 0.00 | 0.00 |
| PENNYMAC HOLDINGS LLC | Sec | 0.00 | 233,506.05 | 7,022.79 | 112.80 | 0.00 |
| AARGON AGENCY | Uns | 1,139.00 | NA | NA | 0.00 | 0.00 |
| ACCI | Uns | 224.00 | NA | NA | 0.00 | 0.00 |
| ACS SYSTEMS | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Uns | 258.00 | NA | NA | 0.00 | 0.00 |
| APEX ASSET MANAGEMENT | Uns | 988.00 | NA | NA | 0.00 | 0.00 |
| AUCTION INSURANCE AGENCY | Uns | 7,870.00 | NA | NA | 0.00 | 0.00 |
| AUTOZONE | Uns | 986.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 863.00 | NA | NA | 0.00 | 0.00 |
| BROADCAST BILLING SERVICE | Uns | 529.00 | NA | NA | 0.00 | 0.00 |
| CENTURY LINK | Uns | 173.46 | NA | NA | 0.00 | 0.00 |
| CINTAS | Uns | 738.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Uns | 1,090.00 | NA | NA | 0.00 | 0.00 |
| CONRAD ASKINS | Uns | 6,500.00 | NA | NA | 0.00 | 0.00 |
| DEBORAH FEDORSHAKI | Uns | 14,500.00 | NA | NA | 0.00 | 0.00 |
| DELAWARE EZ PASS VIOLATIONS | Uns | 152.25 | NA | NA | 0.00 | 0.00 |
| DIRECTV CUSTOMER SERVICE | Uns | 113.30 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 199.15 | NA | NA | 0.00 | 0.00 |
| ERIN WHITCOMB | Uns | 14,500.00 | NA | NA | 0.00 | 0.00 |
| EZ PASS | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN SECURITY PREMIUM | Uns | 506.54 | NA | NA | 0.00 | 0.00 |
| FRONTIER | Uns | 176.19 | NA | NA | 0.00 | 0.00 |
| HELLER'S GAS | Uns | 480.51 | NA | NA | 0.00 | 0.00 |
| JAMES SHANK | Uns | 12,500.00 | NA | NA | 0.00 | 0.00 |
| JESSICA BREBAKER | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| JOYCE E & KEN L HOLZWORTH | Uns | 22,000.00 | NA | NA | 0.00 | 0.00 |
| KENNETH LENKER | Uns | 50.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LADCO LEASING | Uns | 102.22 | NA | NA | 0.00 | 0.00 |
| LESI PA CORP | Uns | 1,368.00 | NA | NA | 0.00 | 0.00 |
| LKO TRIPLE NICKLE | Uns | 637.00 | NA | NA | 0.00 | 0.00 |
| MARYLAND TRANSPORTATION | Uns | 52.60 | NA | NA | 0.00 | 0.00 |
| MDJ JOSEPH S LINDSEY | Uns | 387.00 | NA | NA | 0.00 | 0.00 |
| MDJ JOSEPH SOLOMON | Uns | 697.00 | NA | NA | 0.00 | 0.00 |
| MDJ LESLIE DUTCHCOT | Uns | 69.00 | NA | NA | 0.00 | 0.00 |
| MELINDA J & MIGUEL A | Uns | 8,400.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 1,683.00 | NA | NA | 0.00 | 0.00 |
| NYC FINANCE | Uns | 865.00 | NA | NA | 0.00 | 0.00 |
| PADGETT BUSINESS SERVICES | Uns | 2,850.00 | NA | NA | 0.00 | 0.00 |
| PATRICIA A CARTWRIGHT | Uns | 8,500.00 | NA | NA | 0.00 | 0.00 |
| PEP BOYS | Uns | 645.34 | NA | NA | 0.00 | 0.00 |
| PHILADELPHIA TRAFFIC COURT | Uns | 242.00 | NA | NA | 0.00 | 0.00 |
| QUALIA COLLECTION SERVICES | Uns | 575.00 | NA | NA | 0.00 | 0.00 |
| RANDY & CHERYL NEIDIG | Uns | 6,500.00 | NA | NA | 0.00 | 0.00 |
| RAQUEL FREEMAN | Uns | 18,000.00 | NA | NA | 0.00 | 0.00 |
| SARA RUDY | Uns | 8,000.00 | NA | NA | 0.00 | 0.00 |
| STOPNE RIVER PHARMACY | Uns | 122.29 | NA | NA | 0.00 | 0.00 |
| THD/CBNA/BANKRUJPTCY | Uns | 4,433.00 | NA | NA | 0.00 | 0.00 |
| TRINITY SECURITY SYSTEMS LTD | Uns | 24.95 | NA | NA | 0.00 | 0.00 |
| UNIFIRST | Uns | 880.42 | NA | NA | 0.00 | 0.00 |
| VELVA HOCKLEY | Uns | 13,000.00 | NA | NA | 0.00 | 0.00 |
| VARIOUS MEDICAL EXPENSES | Uns | 28,446.72 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 24,877.69 | $ 402.67 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 41,790.58 | $ 2,744.43 | $ 0.00 |
| **TOTAL SECURED:** | $ 66,668.27 | $ 3,147.10 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 102,227.83 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 102,227.83 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 504,782.57 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 5,952.90 | |
| Disbursements to Creditors | $ 3,147.10 | |
| **TOTAL DISBURSEMENTS:** | | $ 9,100.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 02/13/2017  By: /s/ CHARLES J. DEHART, III
  STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)